## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

United States of America,

Plaintiff,

v.

Joseph D. Castellano,
Monte J. Castellano,
Joseph Daniel Company,

Defendants.

Case Nos. 3:01CR30073-001-DRH
3:01CR30042-001-DRH
3:01CR30073-002-DRH

## ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby **ORDERED,** Renard Reynolds and Nancy Reynolds be substituted for Renard and Nancy Reynolds, and that each be awarded an equal share of the percentage owed them. Furthermore, all restitution payments, including any currently held by the Court, will be made payable to Renard Reynolds and Nancy Reynolds separately.

**IT IS SO ORDERED.**

Signed this 20th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.20
12:23:01 -06'00'

**Chief Judge**
**United States District Court**